April 22, 2024 11:53 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems   Scanned by ES 4/22

Phillip J. Green
U.S. Magistrate Judge

NAME: Joshua Milliken

TO: Portage Court

LOCATION: B_____ C_____ (or) Dorm 1-6

919 Port Street, St. Joseph, Michigan  49085

JAIL INFORMATION: (269) 982-8670

DATE: April - 2024

Court of Portage,
City of Kalamzoo

K. HOLT  K.H. 4-17-24
NOTARY PUBLIC - MICHIGAN
BERRIEN COUNTY
MY COMMISSION EXPIRES MARCH 18, 2029

People of the State
VS
Petition for writ of Habeas corpus
By A prisoner in county jail

I Joshua Tyler Milliken, presently
incarserated in the Berrien Co. Jail seak.
access of the Following Warrent: Failur to appear

This prisoner exercises his or hers constitution
Right to be brought before before the Portage
county to clear up these matters

Although this is a crude Draft It is a legal
Binding Document copies signed And witnessed
If Above said prisoner Does Not Hear from the
Court within (10) working Days He or she Does
Declare this matter closed

As Guaranteed By
The Constitution of the united States.

Signed: Joshua Milliken
Joshua Milliken 4-17-24

29-001   11/20/2008   Inmate Stationery                    Berrien County Printing

NAME Joshua Milliken

LOCATION _____

919 PORT STREET
ST. JOSEPH, MICHIGAN 49085

GRAND RAPIDS MI  493

18 APR 2024   PM 5  L



FREEDOM

410 W. Michigan Ave. Ste. B10
Kalamazco Mi  49007

49007-370020